UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Chiappetta, et al.,

                                        Plaintiff(s),

                                                                    **O R D E R**

              -against –

                                                                    7:20-CV-08546 (CS)

New York State Division of Homeland Security
and Emergency Services, et al.,

                                        Defendant(s).
------------------------------------------------------------X
Seibel, J.

       It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within sixty days of the date of this order,

Plaintiff may apply by letter within the sixty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.

       **SO ORDERED**.

Dated: June 25, 2021

       White Plains, New York

_Cathy Seibel_

_____

       CATHY SEIBEL, U.S.D.J.